IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| VERLEE ALBERT, JR., #1464905 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 4:09cv125 |
| JIM ZEHETNER | § | |

## ORDER OF DISMISSAL

Plaintiff Verlee Albert, Jr., a Texas prison inmate, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation for the disposition of the lawsuit. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the lawsuit is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and that the Plaintiff's claims are dismissed with prejudice to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), conditions are met. It is further

1

**ORDERED** that all motions not previously ruled on are **DENIED**.

SIGNED this \_\_\_4th\_\_\_ day of \_\_\_June\_\_\_, 2009.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE